AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

MICHAEL A. MANNS,

       Plaintiff,

v.

HONDA OF AMERICA MFG., INC.

       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-09-816
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed February 2, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 2, 2011

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk